

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00376-CV

BANK OF THE WEST, Appellant

v.

PSMD MEDICAL ASSOCIATES, P.A.,
Appellee

§    On Appeal from the 342nd District Court

§    of Tarrant County (342-338479-22)

§    May 2, 2024

§    Memorandum Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's judgment is reversed and rendered in part and remanded in part. We reverse the trial court's judgment that Appellant Bank of the West take nothing from Appellee PSMD Medical Associates, P.A. and render judgment for the Bank for the remaining principal balance of $278,269.47 and the accrued interest of $209,891.10. We remand the issue of the Bank's attorney's fees for proceedings consistent with this opinion.

It is further ordered that Appellee PSMD Medical Associates, P.A. must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr
